This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellant,

v.                                                          **NO. 32,508**

**JOHN KREHBIEL,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF LUNA COUNTY**
**Daniel Viramontes, District Judge**

Gary K. King, Attorney General
Santa Fe, NM
Jacqueline R. Medina, Assistant Attorney General
Albuquerque, NM

for Appellant

Jim Foy & Associates
James B. Foy
Silver City, NM

for Appellee

**MEMORANDUM OPINION**

**VANZI, Judge.**

The State appeals from the district court's dismissal of the case.  [RP 109, 111]  Our notice proposed to affirm.  In response, the State filed a Notice of Intent Not to File Motion in Opposition, where it provided that it does not oppose the notice's proposed disposition.  For the reasons provided in our notice, we affirm.

**IT IS SO ORDERED.**

_____
**LINDA M. VANZI, Judge**

**WE CONCUR:**


_____
**MICHAEL D. BUSTAMANTE, Judge**


_____
**CYNTHIA A. FRY, Judge**